UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.
Darrell Haskin

CASE/CITATION NO. 2:05CR-271 KJM

ORDER TO PAY

SOCIAL SECURITY #: 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
DATE OF BIRTH: 5-16-46
DRIVER'S LICENSE #: M0 444 353
ADDRESS: 2922 PFE Rd
Roseville        CA        95764
  CITY         STATE     ZIP CODE

**FILED**

OCT 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 10-20-05          _____
                          DEFENDANT'S SIGNATURE

_____

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 1000 ___ and a penalty assessment of $ 25 ___ for a TOTAL AMOUNT OF: $ 1025 ___ within ___ days/months; or payments of $ ___ per month, commencing ___ and due on the ___ of each month until paid in full.
( ) Restitution: ___
( ) Community Service ___ with fees not to exceed $ ___
    completed by ___

PAYMENTS must be made by CHECK or MONEY ORDER, payable to Clerk, USDC and mailed to (circle one):

USDC                          CLERK, USDC                   CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA) 1130 O STREET, RM 5000       501 "I" STREET
POST OFFICE BOX 740026         FRESNO, CA 93721             SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 10-20-05          KJM
                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                                         EDCA—3